IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DERRICK D. DUNLEVY,

    Plaintiff,

vs.

                                    Civil Action 2:11-CV-863
                                    Judge Watson
                                    Magistrate Judge King

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### ORDER

On July 30, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of the opinions of plaintiff's treating psychiatrist. *Report and Recommendation*, Doc. No. 22. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, Doc. No. 22, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and the matter is **REMANDED** for further consideration of the opinions of plaintiff's treating psychiatrist.

The Clerk is **DIRECTED** to enter final judgment pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                                    Michael H. Watson, Judge
                                                                    United States District Court